## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ISUZU MOTORS LIMITED, | Civil No. 05-2174 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| THERMO KING CORPORATION, | |
| Defendant. | |

---

This matter is before the Court upon the parties' stipulation of dismissal filed January 7, 2010 [Docket No. 118].

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED** in its entirety, against all parties, with prejudice.

Dated: January 11, 2010
at Minneapolis, Minnesota

                                        s/ John R. Tunheim
                                          JOHN R. TUNHEIM
                                  United States District Judge